**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DELFIN BAUTISTA,** | : | |
| Plaintiff(s), | : | Case No. 2:20-cv-05340 |
| v. | : | Judge James L. Graham |
| **OHIO UNIVERSITY,** | : | Magistrate Judge |
| | : | Chelsey M. Vascura |
| Defendant(s). | : | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff delfin bautista ("Plaintiff") and Defendant Ohio University ("Defendant") that all claims between the parties have been settled and the above-captioned matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A), each party to bear its own attorney's fees and costs.

/s/     *Michael L. Fradin*
Michael L. Fradin
LAW OFFICE OF MICHAEL L. FRADIN
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889
Facsimile: (847) 673-1228
mike@fradinlaw.com

*Counsel for Plaintiff delfin bautista*

/s/ *Shawna M. Sorrell*
Shawna M. Sorrell (0097915)
Taft Stettinius & Hollister LLP
40 N. Main Street, Suite 1700
Dayton, OH  45423
Telephone:  937-228-2838
Facsimile:   937-228-2816
Email: ssorrell@taftlaw.com

Janica Pierce Tucker (0075074)
Taft Stettinius & Hollister LLP
65 E. State Street, Suite 1000
Columbus, OH  43215
Telephone:  614-221-2838
Facsimile:   614-221-2007
Email:  jpierce@taftlaw.com

*Outside Counsel for Defendant Ohio University*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2023, a true and correct copy of the foregoing was served upon the following counsel of record via operation of the Court's CM/ECF system:

/s/ *Michael L. Fradin*
*Counsel for Plaintiff*